KENNETH RAY LASSABE, JR.
BECKY WOOD LASSABE
120 VALARIE DRIVE
LONG BEACH, MS 39560

HFA
P.O. BOX 4115
CONCORD, CA 94524

US ATTY, SD OF MS
  REP. I.R.S.
1575 20TH AVE.
GULFPORT, MS 39501

ROBERT A. WOLFORD
SHEEHAN & JOHNSON, PLLC
1902 21ST AVENUE
GULFPORT, MS 39501

IRS (P)
CENT. INSOVENCY OP.
P O BOX 7346
PHILADELPHIA, PA 19101-7346

AMERICREDIT (P)
P.O. BOX 183853
ARLINGTON, TX 76096-3853

LOWES
P.O. BOX 956005
ORLANDO, FL 32896

BANK OF AMERICA (P)
BANKRUPTCY DEPT.
4161 PIEDMONT PKWY
GREENSBORO, NC 27410

MCI
500 TECHNOLOGY DR.
STE. 300
SAINT CHARLES, MO 63304

BIENVILLE ORTHOPAEDIC
3635 BIENVILLE BLVD.
OCEAN SPRINGS, MS 39564

MSTC (P)
BANKRUPTCY SECTION
P.O. BOX 22808
JACKSON, MS 39225-2808

COMPASS IMAGING, LLC
P.O. BOX 2819
GULFPORT, MS 39505-2819

PIONEER CREDIT
P.O. BOX 4265
GULFPORT, MS 39502-4265

CSPIRE WIRELESS (P)
1018 HIGHLAND COLONY P
SUITE 300
RIDGELAND, MS 39157

PORTFOLIO RECOVERY
287 INDEPENDENCE
VIRGINIA BEACH, VA 23462

ENCORE REHAB, INC.
313 ABBEY COURT
BILOXI, MS 39531

SMB RADIOLOGY
P.O. BOX 1330
GULFPORT, MS 39502

GULF SOUTH SURGERY
1206 31ST AVE.
GULFPORT, MS 39501

SOUTH FINANCIAL SERVIC
P.O. BOX 15203
HATTIESBURG, MS 39407