United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 13-50257-KMS
Kenneth Ray Lassabe, Jr.                                                  Chapter 13
Becky Wood Lassabe
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0538-1           User: twright              Page 1 of 2              Date Rcvd: Feb 13, 2013
                               Form ID: dn007             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2013.
db/jdb        +Kenneth Ray Lassabe, Jr.,    Becky Wood Lassabe,    120 Valarie Drive,    Long Beach, MS 39560-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2013**                    **Signature:**      *Joseph Speetjens*

```
District/off: 0538-1          User: twright              Page 2 of 2                  Date Rcvd: Feb 13, 2013
                              Form ID: dn007             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2013 at the address(es) listed below:
          Robert A. Wolford    on behalf of Joint Debtor Becky Wood Lassabe
           lp@gulfcoastlawyer.com;brittany@gulfcoastlawyer.com;checkin@gulfcoastlawyer.com
          Robert A. Wolford    on behalf of Debtor Kenneth Ray Lassabe, Jr.
           lp@gulfcoastlawyer.com;brittany@gulfcoastlawyer.com;checkin@gulfcoastlawyer.com
          United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
          Warren A. Cuntz T1, Jr.    wacuntzcourt@cableone.net
                                                                                                         TOTAL: 4

Case 13-50257-KMS    Doc 9    Filed 02/15/13    Entered 02/16/13 00:34:06    Desc Imaged
Certificate of Notice    Page 2 of 3

Form dn007−prepetcrcounseling 07/11

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In Re: Debtor(s):                                                               Case No.: 13−50257−KMS

**Chapter:** 13

Kenneth Ray Lassabe Jr.                          Becky Wood Lassabe
120 Valarie Drive                                 120 Valarie Drive
Long Beach, MS 39560                   Long Beach, MS 39560

## DEFICIENCY NOTICE
Notice of Missing Documents and
Notice of Dismissal if Documents Not Timely Filed

To: Debtor(s) and his attorney, if any:

The below marked is missing from the above referenced bankruptcy case regarding:

○ Debtor

○ Joint Debtor

◉ Both Debtors

☐   The petition filed by you is defective in that it does not contain Exhibit D − Individual Debtor's Statement of Compliance with Credit Counseling Requirements (<u>if joint debtors</u>, each debtor is required to file an Exhibit D). When filed, docket as: Bankruptcy> Other>Amended Voluntary Petition − extend text to include *Exhibit D − Individual Debtor's Statement of Compliance with Credit Counseling Requirement* − **deadline to file − 7 days from the date petition filed**.

☑   Certificate of Credit Counseling and a copy of a debt repayment plan, if any. (Box 1 or 2 of Exhibit D) − **deadline to file − 14 days from the date petition filed**.

☐   Box 3 of Exhibit D was checked, but Local Form CC−E Certification of Exigent Circumstances was not filed − **deadline to file − 14 days from the date petition filed**. *The form may be found on the court's web site at www.mssb.uscourts.gov − Bankruptcy Forms*

☐   Motion and Proposed Order in support of a permanent exemption from the credit counseling requirement upon a finding of incapacity, disability, or active military duty in a military combat zone (Box 4 of Exhibit D) − **deadline to file − 14 days from the date petition filed.**

Failure to cure the deficiency marked above by the deadline may result in dismissal of the bankruptcy case without further notice or hearing.

Date: 2/13/13                                              Danny L. Miller, Clerk of Court
                                                            Dan M. Russell, Jr. U.S. Courthouse
                                                            2012 15th Street, Suite 244
                                                            Gulfport, MS 39501
                                                            228−563−1790