### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

In Re: KENNETH RAY LASSABE, JR. and                      Chapter 13
BECKY WOOD LASSABE                          Case Number: 13-50257 KMS

### CERTIFICATE OF COMPLIANCE WITH 11 U.S.C. § 521(a)(1)(B)(iv)

Pursuant to the requirements of the standing order of this Court entered on February 13,

2006, the undersigned attorney for the Debtor(s) certifies that on this date, he forwarded by email

to the Chapter 13 Trustee the following:

1. Copies the pay advices received by the Debtor within the 60 days immediately

preceding the Petition Date.

2. A copy of an affidavit from the Joint Debtor affirming that the Debtor received no pay

advices during the 60 days immediately preceding the Petition Date.

Respectfully Submitted,

/s/ Robert A. Wolford
ROBERT A. WOLFORD, Attorney for
Debtors
Sheehan & Johnson, PLLC
1902 21ST Avenue
Gulfport, MS 39501
228-388-9316
228-388-4433 fax
MS Bar No: 99717

CERTIFICATE OF SERVICE

I, ROBERT A. WOLFORD, Attorney for the above listed Debtors, do hereby certify that

the following have been served electronically via ECF with a copy of the above Certificate of

United States Trustee: USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz, Jr., Chapter 13 Trustee: wacuntzcourt@cableone.net

I, further certify that I have this date e-mailed  a true and correct copy of said Certificate

of Compliance with 11 U. S. C. §521(a)(1)(B)(iv) to Warren A. Cuntz, Jr. Trustee at his regular

mailing address of wacuntzcourt@cableone.net.

This the 20TH day of February, 2013.

/s/ Robert A. Wolford
ROBERT A. WOLFORD