UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                              Bankr. Case No. 13-50257-KMS-13

KENNETH R. LASSABE                                                  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ James Hogan, Jr.

James Hogan, Jr.
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 22, 2013 :

| | |
|---|---|
| ROBERT A WOLFORD<br>1902 21ST AVE<br>GULFPORT, MS  39501 | WARREN A CUNTZ<br>PO BOX 3749<br>GULFPORT, MS  39505 |

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx92536 / 658616