IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: KENNETH RAY LASSABE, JR. and BECKY WOOD LASSABE | CHAPTER 13 CASE NO. 13-50257 KMS |

| | | |
|---|---|---|
| Americredit<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | Pioneer Credit<br>P.O. Box 4265<br>Gulfport, MS 39502-4265 | Bank of America<br>Bankruptcy Dept.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 |

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the attached Objection to Claim(s) must be filed with the:

Office of the Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr., U. S. Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

with a copy served on Robert Wolford, Attorney for the Debtor(s) and the Chapter 13 Trustee, on or before thirty (30) days from he date of this notice, or the Court will enter a Confirmation Order, which shall sustain this Objection to Claim(s) and shall set the amount of your claim, shall set the value of the collateral (if any), and the manner in which the claim shall be treated and paid by the trustee, granting the relief requested therein. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

| | |
|---|---|
| DATED: March 5, 2013<br>CHAPTER 13 TRUSTEE:<br>Warren A. Cuntz, Esq.<br>15487 Oak Lane, Ste. 200 I<br>Gulfport, MS 39503<br>(228) 831-9531 | /s/ Robert Wolford<br>ROBERT A. WOLFORD<br>Sheehan & Johnson, PLLC<br>1902 21st Avenue<br>Gulfport, MS 39501<br>(228) 388-9316<br>MS Bar No. 99717 |

## CERTIFICATE OF SERVICE

I, ROBERT WOLFORD, Attorney for the above listed Debtors, do hereby certify that the following have been served electronically via ECF with a copy of the above Notice:

United State Trustee: USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz, Chapter 13 Trustee: wacuntzcourt@cableone.net

I, further certify that I have this date mailed postage prepaid, a true and correct copy of said Notice to:

| | | |
|---|---|---|
| Americredit | Pioneer Credit | Bank of America |
| P.O. Box 183853 | P.O. Box 4265 | Bankruptcy Dept. |
| Arlington, TX 76096-3853 | Gulfport, MS 39502-4265 | 4161 Piedmont Pkwy |
| | | Greensboro, NC 27410 |

This the 5th day of March, 2013.

/s/ Robert Wolford
ROBERT WOLFORD, Atty for Debtors