# PROCEEDING MEMO – CHAPTER 13 341A MEETING OF CREDITORS

DATE/TIME OF MEETING:    3/22/2013 10:00:00

IN RE: KENNETH RAY LASSABE JR and BECKY    CASE NO: 13-50257-KMS
WOOD LASSABE
    120 VALARIE DRIVE
    LONG BEACH, MS 39560

1. NAME OF ATTORNEY FOR DEBTOR(S):  ROBERT A WOLFORD ESQUIRE % SHEEHAN & JOHNSON PLLC 1902 21ST AVENUE GULFPORT, MS 39501

2. CASE FILED ON: 02/12/2013

3. APPEARANCES:

    ( )    DEBTOR(S)
    (✓)    ATTORNEY FOR DEBTOR(S)
    ( )    CREDITORS: _____

    ( )    PREVIOUS FILINGS
    ( )    CORRECT FORMS OF ID

4. MEETING CONCLUDED:    YES_____    NO ✓

    _____ CASE TO BE DISMISSED _____

    _____ REASON: _____

OR

    ✓ MEETING TO BE CONTINUED/RESET TO: **4/5/13 @ 9:30 AM**

5. PAYMENTS PAID IN TO DATE: _____

TRUSTEE NOTES: _____

_____

_____

_____

_____

_____

_____

_____

TRACK # **19** , TAPE _____ , SIDE _____    FOLLOW-UP: _____
                                                                                                      13-50257-KMS