## PROCEEDING MEMO – CHAPTER 13 341A MEETING OF CREDITORS

DATE/TIME OF MEETING:    4/5/2013 09:30:00

IN RE: KENNETH RAY LASSABE JR and BECKY    CASE NO: 13-50257-KMS
WOOD LASSABE
   120 VALARIE DRIVE
   LONG BEACH, MS 39560

1. NAME OF ATTORNEY FOR DEBTOR(S): ROBERT A WOLFORD ESQUIRE % SHEEHAN & JOHNSON PLLC 1902 21ST AVENUE GULFPORT, MS 39501

2. CASE FILED ON: 02/12/2013

3. APPEARANCES:

   ( )   DEBTOR(S)
   (✓)   ATTORNEY FOR DEBTOR(S)
   ( )   CREDITORS: _____

   ( )   PREVIOUS FILINGS
   ( )   CORRECT FORMS OF ID

4. MEETING CONCLUDED:     YES_____    NO ✓

   _____ CASE TO BE DISMISSED _____

   _____ REASON: _____

   OR

   ✓ MEETING TO BE CONTINUED/RESET TO: 4/19/13 @ 9:30 AM

5. PAYMENTS PAID IN TO DATE: _____

TRUSTEE NOTES: _____

TRACK # 12 , TAPE 1 , SIDE B        FOLLOW-UP: _____
                                    13-50257-KMS