IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: KENNETH RAY LASSABE, JR. and　　　　　　　　　CHAPTER 13
BECKY WOOD LASSABE　　　　　　　　　　　　　　　　CASE NO. 13-50257 KMS

ORDER SUSTAINING DEBTOR(S)
OBJECTION TO PRE-PETITION SECURED CLAIM AND OTHER CLAIMS

THIS MATTER came on for consideration of the Debtor(s) Objection to Pre-Petition Secured Claim and Other Claims (Dkt. 19), filed in accordance with *In re Howard, 972 F.2d 639 (5th Cir. 1992)*, and the Court having considered the Objection and finding that ~~the Debtor(s) provided proper and actual notice to the affected claimants, yet~~ no opposition to the Objection (KMS) has been timely filed, does hereby order and adjudicate the Objection as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor(s) Objection to Pre-Petition Secured Claim and Other Claims (Dkt. 19) is hereby sustained. All provisions, including the proposed treatment given to each and every secured or other claim included in the Objection, are here approved as set forth therein, to the extent not in conflict with Federal Rule of Bankruptcy Procedure 3002.1, or any prior or pending ruling or Order of this Court in this case related to Debtor(s) Objection and any timely filed Claimant's Response. It is further,

ORDERED AND ADJUDGED that this Order constitutes a final judgment pursuant to F.R.B.P. 9021, which makes applicable F.R.Civ.P.58.

SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Katharine M. Samson*
　　　　　　　　　　　　　　　　　　　　　　　Katharine M. Samson
Submitted by: Robert Wolford　　　　　　　　　United States Bankruptcy Judge
SHEEHAN & JOHNSON, PLLC　　　　　　　　　　Dated: April 9, 2013
1902 21st Avenue
Gulfport, MS 39501
Ph: 228-388-9316 / Fax: 228-388-4433
MS Bar Number: 99717