United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 13-50257-KMS
Kenneth Ray Lassabe, Jr.                                        Chapter 13
Becky Wood Lassabe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-1          User: dsantos          Page 1 of 2          Date Rcvd: Apr 09, 2013
                              Form ID: pdf012        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
db/jdb        +Kenneth Ray Lassabe, Jr.,   Becky Wood Lassabe,   120 Valarie Drive,   Long Beach, MS 39560-2629
cr            ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
                Arlington, TX  76096)
cr            +Bank of America, N.A.,   c/o Bradley P. Jones,   Post Office Box 400,   Brandon, MS 39043-0400
3563630       +Bank of America (p),   Bankruptcy Dept.,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
3563641       +Pioneer Credit,   c/o Mr. Rio Graves,   512 Pass Road,   Gulfport MS 39507-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3570220*    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, Texas  76096)
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0538-1              User: dsantos           Page 2 of 2               Date Rcvd: Apr 09, 2013
                                 Form ID: pdf012         Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2013 at the address(es) listed below:
            Bradley P. Jones    on behalf of Creditor    Bank of America, N.A. brad.jones@aelawyers.com,
             pam.brosen@aelawyers.com
            Robert A. Wolford    on behalf of Debtor Kenneth Ray Lassabe, Jr.
             lp@gulfcoastlawyer.com;brittany@gulfcoastlawyer.com;checkin@gulfcoastlawyer.com
            Robert A. Wolford    on behalf of Joint Debtor Becky Wood Lassabe
             lp@gulfcoastlawyer.com;brittany@gulfcoastlawyer.com;checkin@gulfcoastlawyer.com
            United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
            Warren A. Cuntz Tl, Jr.    wacuntzcourt@cableone.net
                                                                                    TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: KENNETH RAY LASSABE, JR. and                          **CHAPTER 13**
BECKY WOOD LASSABE                                            **CASE NO. 13-50257 KMS**

ORDER SUSTAINING DEBTOR(S)
OBJECTION TO PRE-PETITION SECURED CLAIM AND OTHER CLAIMS

THIS MATTER came on for consideration of the Debtor(s) Objection to Pre-Petition

Secured Claim and Other Claims (Dkt. 19), filed in accordance with *In re Howard, 972 F.2d 639*

*(5th Cir. 1992)*, and the Court having considered the Objection and finding that ~~the Debtor(s)~~

~~provided proper and actual notice to the affected claimants, yet~~ no opposition to the Objection          ( KMS )

has been timely filed, does hereby order and adjudicate the Objection as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor(s) Objection to Pre-

Petition Secured Claim and Other Claims (Dkt. 19) is hereby sustained. All provisions,

including the proposed treatment given to each and every secured or other claim included in the

Objection, are here approved as set forth therein, to the extent not in conflict with Federal Rule

of Bankruptcy Procedure 3002.1, or any prior or pending ruling or Order of this Court in this case

related to Debtor(s) Objection and any timely filed Claimant's Response. It is further,

ORDERED AND ADJUDGED that this Order constitutes a final judgment pursuant to

F.R.B.P. 9021, which makes applicable F.R.Civ.P.58.

SO ORDERED

*Katharine M. Samson*
Katharine M. Samson
United States Bankruptcy Judge
Dated:  April 9, 2013

Submitted by: Robert Wolford
SHEEHAN & JOHNSON, PLLC
1902 21st Avenue
Gulfport, MS 39501
Ph: 228-388-9316 / Fax: 228-388-4433
MS Bar Number: 99717